*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

*In re* CONSERVATORSHIP OF DPV.

---

VINCENT W. VANPOPPELEN,

      Petitioner,

v

IVY S. VANPOPPELEN,

      Appellant,

and

WYATT R. VANPOPPELEN and JUNE VANPOPPELEN,

      Other Parties,

and

SHANE CHILDERS, Successor Conservator of DPV,

      Appellee.

UNPUBLISHED
July 27, 2023

No. 362139
Macomb Probate Court
LC No. 2017-223826-CA

---

Before: GLEICHER, C.J., and JANSEN and HOOD, JJ.

JANSEN, J. (*concurring*)

      I concur in the result only.

                                     /s/ Kathleen Jansen